## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Michelle Dalquist, | Case No. 17-cv-01897-PJS-SER |
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL** |
| SunTrust Bank, | |
| Defendant. | |

## STIPULATION TO DISMISS

Plaintiff Michelle Dalquist ("Plaintiff") and Defendant SunTrust Bank ("Defendant"), through their respective counsel, hereby stipulate to the entry of an order dismissing Plaintiff's claims against Defendant with prejudice, with each side to bear their own fees, costs, and expenses.

Stipulated and Agreed to:

Dated: 4/25/18

*/s/ Bennett Hartz*
Andrew C. Walker (#0392525)
Bennett Hartz (#0393136)
Walker & Walker Law Offices, PLLC
4356 Nicollet Avenue South
Minneapolis, MN  55409-2033
(612) 824-4357 | Fax: (612) 824-8005
andrew@bankruptcytruth.com
bennett@bankruptcytruth.com

**Attorneys for Plaintiff**

Dated: 4/18/18

*/s/ Angela Brandt*
Angela Beranek Brandt (#0293143)
Larson • King, LLP
30 East Seventh Street, Ste. 2800
Saint Paul, MN  55101
(651) 312-6500 | Fax: (651) 312-6618
abrandt@larsonking.com

**Attorneys for Defendant**

BLOOMFIELD 51731-74 2067640v1